**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

IRVING H. PICARD, Trustee for the
Liquidation of Bernard L. Madoff Investment
Securities LLC, and Bernard L. Madoff,

                Plaintiff – Appellee,          22 **CIVIL** 9911 (ALC)

      -against-                                    **JUDGMENT**

ABU DHABI INVESTMENT AUTHORITY,

                Defendant-Appellant.

-------------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 29, 2024, the Bankruptcy Court's denial of Defendant's motion to dismiss is AFFIRMED in part and REVERSED in part and remanded to the Bankruptcy Court for further proceedings in accordance with this Opinion and Order.

**Dated:** New York, New York
       March 29, 2024

                                                        **RUBY J. KRAJICK**
                                                         **Clerk of Court**

                                  **BY:**

                                                           **Deputy Clerk**